**Opinion issued November 20, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00235-CR

————————————

## EX PARTE JUSTIN GLAZE EDMONDS, Appellant

---

**On Appeal from the 506th District Court**
**Grimes County, Texas**
**Trial Court Case No. 18177**

---

### MEMORANDUM OPINION

Appellant Justin Glaze Edmonds appealed the trial court's denial of his pretrial application for writ of habeas corpus. We dismiss this appeal as moot.

The State has suggested that this appeal is moot. In his application, appellant challenged the indictment on constitutional grounds. On October 5, 2018, a supplemental clerk's record was filed, containing an order granting the State's

motion to dismiss this cause because the charging instrument was "incorrectly charged." Because the cause has been dismissed, the issues raised in this appeal of the denial of his application challenging the indictment, which is no longer in effect, are moot. *See, e.g.*, *State v. Golding*, 398 S.W.3d 745, 747 (Tex. App.—Houston [1st Dist.] 2011, pet. ref'd).

Accordingly, the appeal is dismissed as moot. *See* TEX. R. APP. P. 43.2(f).

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).